# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DAVID J. MARTIN, III

NO. 2020 KW 0018

**MAR 0 3 2020**

In Re:     David J. Martin, III, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, Nos. 800578 & 800586.

BEFORE:   **WHIPPLE, C.J., GUIDRY AND BURRIS,[1] JJ.**

**WRIT DENIED.** The court's decision on relator's pretrial pro se motions is consistent with the procedure set forth in **State v. Thibodeaux**, 2017-0705 (La. 12/6/17), 236 So.3d 1253 (*per curiam*). Furthermore, relator's contention regarding the delay to institute prosecution in docket number 800578 appears to be without merit on its face. See La. Code Crim. P. art. 701(A)(1)(a).

**VGW**
**JMG**
**WJB**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT

---

[1] Judge William J. Burris, retired, serving *pro tempore* by special appointment of the Louisiana Supreme Court.